**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHERI SALINAS,<br><br>Plaintiff(s)<br><br>v.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA; and UNION ONE BENEFITS ADMINISTRATION, INC.,    Defendant(s) | CASE NUMBER    2:26-cv-01124-AJR<br><br>~~(PROPOSED)~~ ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY |

[x]  The Court hereby orders that the request of:

Union One Benefits Administration, Inc.  ☐ Plaintiff  [x] Defendant  ☐Other  _____
_Name of Party_

[x] to substitute    Ronald K. Alberts and Hela Vaknin    who is

[x] Retained Counsel  ☐ Counsel appointed by the Court (Criminal cases only)  ☐ Pro Se

633 West Fifth Street, 52nd Floor
_Street Address_
Los Angeles, California  90071        ralberts@grsm.com; hvaknin@grsm.com
_City, State, Zip_                _E-Mail Address_

(213) 576-5000          (213) 680-4470          100017; 342083
_Telephone Number_          _Fax Number_          _State Bar Number_

as attorney of record instead of    Sean P. Nalty
_List **all** attorneys from same firm or agency who are withdrawing._

**is hereby** ☒ **GRANTED**  ☐ **DENIED**

☐  The Court hereby orders that the request of _____
_List **all** attorneys from same firm or agency who are withdrawing._

_____

to withdraw as attorney of record for _____
**is hereby** ☐ **GRANTED** ☐ **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing/ substituting attorney(s) in this case.

Dated   June 18, 2026          _Joel Rubin_
                    U. S. District Judge/U.S. Magistrate Judge